UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2068 (DSD/JMM)

Milton George Bigalk,

Petitioner,

v.

**ORDER**

J. J. Hemingway,

Respondent.

This matter is before the court on petitioner's objections to Magistrate Judge John M. Mason's report and recommendation dated September 8, 2000. In his report, the magistrate judge recommended that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 be summarily denied. Petitioner objects to the magistrate judge's recommendation. However, the magistrate judge's report fully discussed the reasons why the petition must be dismissed on the merits.

In particular, the court concurs with the report and recommendation's finding that the exclusive remedy available to a federal prisoner who is asserting a collateral challenge to his sentence is under § 2255. Since petitioner is precluded from seeking relief under § 2255 because he has already done so once before, he is barred from seeking § 2255 relief under a § 2241 petition unless he can affirmatively demonstrate the § 2255 remedy

FILED OCT 05 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. OCT 05 2000
Deputy Clerk's Initials ______

"is inadequate or ineffective to test the legality ... of [his] detention." 28 U.S.C. § 2255; DeSimone v. Lacy, 805 F.2d 321, 323 (8th Cir. 1986). Petitioner does not make such a demonstration here and is thus precluded from seeking § 2255 relief under a § 2241 petition.

Thus, after conducting a de novo review of the file and record, the court will adopt the magistrate judge's report and recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus § 2241 (Doc. No. 1) is denied with prejudice.

Dated: October 4, 2000

David S. Doty, Judge
United States District Court