UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2068 DSD/JMM)

Milton George Bigalk,

Petitioner,

v.

**ORDER**

J. J. Hemingway,

Respondent.

This matter is before the court on petitioner's second objections to Magistrate Judge John M. Mason's report and recommendation dated September 8, 2000. In his report, the magistrate judge recommended that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 be summarily denied. This court considered petitioner's first set of objections, dated September 21, 2000, and after conducting a de novo review issued an order on October 5, 2000, adopting the magistrate judge's report and recommendation in its entirety. Petitioner subsequently filed a second set of objections received on October 5, 2000, the same date that judgment was entered by this court adopting the magistrate judge's report and recommendation in its entirety.

The petitioner's second objections are therefore denied as being untimely and as moot.

NOV 09 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

Accordingly, **IT IS HEREBY ORDERED** that the second objections to the report and recommendation by petitioner (Doc. No. 6) is denied.

Dated: November 9, 2000

David S. Doty, Judge
United States District Court